IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No. 2:21-cv-00305-JRG |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HEWLETT PACKARD ENTERPRISE | ) |
| COMPANY and ARUBA NETWORKS, LLC, | ) |
| | ) |
|     Defendants. | ) |

**JOINT STATUS REPORT CONCERNING *INTER PARTES* REVIEWS**

Pursuant to this Court's Order dated November 17, 2021 (ECF No. 33), Plaintiff K.Mizra LLC and Defendants Hewlett Packard Enterprise Co. and Aruba Networks, LLC hereby submit a Joint Status Report on the status of *inter partes* review proceedings currently pending before the Patent Trial and Appeal Board.

Regarding U.S. Patent No. 8,234,705, the PTAB instituted an IPR (Case No. IPR2021-00593, Paper 9) on September 24, 2021, on claims 1-3, 5-13, and 15-19. The PTAB entered its Final Written Decision on September 19, 2022 (Paper 41), that claims 1-3, 5-13, and 15-19 were not shown to be unpatentable.

Regarding U.S. Patent No. 9,516,048, an IPR petition was filed by Defendant Hewlett Packard Enterprise Co. (Case No. IPR2022-00843, Paper 1) on April 13, 2022, on claims 1-20. Patent Owner K.Mizra LLC filed its Preliminary Patent Owner's Response on August 5, 2022. An institution decision from the PTAB is expected approximately November 5, 2022.

1

|  | Respectfully submitted, |
|---|---|
| FOLIO LAW GROUP PLLC | HALTOM & DOAN |

By: */s/ Joseph M. Abraham*
Cristofer I. Leffler, WA Bar No. 35020
**LEAD COUNSEL**
Cliff Win, Jr., CA Bar No. 270517
Folio Law Group PLLC
14512 Edgewater Lane NE
Lake Forest Park, WA 98155
Tel: (206) 512-9051
Email: cris.leffler@foliolaw.com
Email: cliff.win@foliolaw.com

Joseph M. Abraham, TX Bar No. 24088879
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com

*Of Counsel*:

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: andrea@wsfirm.com
Email: claire@wsfirm.com

*Counsel for Plaintiff K.Mizra LLC*

Dated:  September 26, 2022

*/s/ Joshua R. Thane*
Joshua R. Thane
Texas Bar No. 24060713
Kyle R. Akin
Texas Bar No. 24105422
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jthane@haltomdoan.com
Email: kakin@haltomdoan.com

Manish K. Mehta
IL Bar No. 6290204
Kalpesh K. Shah
IL Bar No. 6275895
Cristina Q. Almendarez
IL Bar No. 6316733
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606 4637
Telephone: (312) 624-6403
Facsimile: (312) 767-9192
mmehta@beneschlaw.com
kshah@beneschlaw.com
calmendarez@beneschlaw.com

**ATTORNEY FOR DEFENDANTS HEWLETT-PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September 2022, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <i>/s/ Joseph M. Abraham</i><br>Joseph M. Abraham