IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00305-JRG |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC, | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court are Defendants' Motion for Leave to Amend Invalidity Contentions ("the Motion to Amend") (Dkt. No. 243) and the Joint Motion for Leave to Serve Supplemental Invalidity Expert Reports ("the Joint Motion") (Dkt. No. 286).

Having considered the briefing, the Court finds that the Motion to Amend and the Joint Motion should be and hereby are **GRANTED**. It is further **ORDERED** that Defendants are granted leave to serve the Supplemental Reports dated April 1 and 5, 2024; Plaintiff is permitted to serve a supplemental expert report responding to the Supplemental Reports within fourteen (14) days hereof; each party may depose the opposing party's expert about the supplemental reports within twenty-eight (28) days hereof; Plaintiff is permitted to depose Mr. Taggard; and Plaintiff is permitted to serve a motion supplementing its Motion for Partial Summary Judgment Regarding Estoppel of Defendants' Obviousness Defenses under 35 U.S.C. § 315 related to the newly disclosed HP 700wl prior art product.

**So ORDERED and SIGNED this 22nd day of April, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE