# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>  Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC,<br><br>  Defendants / Counterclaim Plaintiffs. | Civil Action No.: 2:21-cv-00305-JRG<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Pursuant to discussions with the Court on May 31, 2024 and the Court's notice on May 31, 2024 resetting the trial for August 19, 2024, Plaintiff K.Mizra LLC ("Plaintiff") and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (together, "Defendants") (collectively, "the Parties") respectfully move the Court to amend the Sixth Amended Docket Control Order (ECF No. 291) as attached hereto as Exhibit A.

Pursuant to Fed. R. Civ. P. 16(b)(4), the scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Parties submit that good cause exists to change the following deadlines, as reflected in the attached Amended Docket Control Order.

Dated: June 10, 2024

By: /s/ Briana D. Long
    Claire Abernathy Henry
    Texas Bar No. 24053063
    Andrea Leigh Fair
    Texas Bar No. 24078488
    Charles Everingham IV
    Texas Bar No. 00787447
    Garrett C. Parish
    Texas Bar No. 24125824
    Ward, Smith & Hill, PLLC
    1507 Bill Owens Parkway
    Longview, TX 75604
    Telephone: (903) 757-6400
    Email: claire@wsfirm.com
          andrea@wsfirm.com
          ce@wsfirm.com
          gparish@wsfirm.com

    Robert R. Brunelli (Lead Counsel)
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811
       pscha@sheridanross.com
    Bart A. Starr
    CO State Bar No. 50446
       bstarr@sheridanross.com
    Angela J. Bubis*
    CO State Bar No. 58144
       abubis@sheridanross.com
    Briana D. Long*
    CO State Bar No. 57914
       blong@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202-5141
    Tel: (303) 863-9700
    E-mail: litigation@sheridanross.com

*Admitted *pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

/s/ Joshua R. Thane
    Jennifer H. Doan
    Texas Bar No. 08809050
    Joshua R. Thane
    Texas Bar No. 24060713
    HALTOM & DOAN
    6500 Summerhill Road, Suite 100
    Texarkana, TX 75503
    Telephone: (903) 255-1000
    jdoan@haltomdoan.com
    jthane@haltomdoan.com

    Manish K. Mehta (*pro hac vice*)
    Kal K. Shah
    Cristina Q. Almendarez
    Kate Watson Moss (*pro hac vice*)
    Louis Constantinou (*pro hac vice*)
    BENESCH FRIEDLANDER COPLAN
    & ARONOFF LLP
    71 South Wacker Drive, Suite 1600
    Chicago, IL 60606-4637
    Telephone: (312) 212-4949
    mmehta@beneschlaw.com
    kshah@beneschlaw.com
    calmendarez@beneschlaw.com
    kwatsonmoss@beneschlaw.com
    lconstantinou@beneschlaw.com

    Michael S. Weinstein (*pro hac vice*)
    BENESCH FRIEDLANDER COPLAN
    & ARONOFF LLP
    127 Public Square, Suite 4900
    Cleveland, OH 44114
    Telephone: (216) 363-4500
    mweinstein@beneschlaw.com

    Ziyong Sean Li
    BENESCH FRIEDLANDER COPLAN
    & ARONOFF LLP
    100 Pine Street, Suite 3100
    San Francisco, CA 94111
    Telephone: (628) 600-2250
    sli@beneschlaw.com

Sean C. Cunningham (*pro hac vice*)
Erin P. Gibson (*pro hac vice*)
Pete Maggiore (*pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Sean.Cunningham@us.dlapiper.com
Erin.Gibson@us.dlapiper.com
Peter.maggiore@us.dlapiper.com

Brent K. Yamashita
Mary C. Dahl (*pro hac vice*)
DLA PIPER LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Brent.Yamashita@us.dlapiper.com
mary.dahl@us.dlapiper.com

Helena D. Kiepura (*pro hac vice*)
Ankur Desai
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
helena.kiepura@us.dlapiper.com
ankur.desai@us.dlapiper.com

Tessa Duxbury (*pro hac vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Ste. 400, N. Tower
Los Angeles, CA 90067
Telephone: (310) 595-3487
Facsimile: (310) 595-3487
tessa.duxbury@us.dlapiper.com

*Attorneys for Defendants*
*Hewlett Packard Enterprise Company*
*and Aruba Networks, LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the Parties have complied with the requirements of Local Rule CV-7(h) and that this motion is being filed jointly.

/s/ Briana D. Long
Briana D. Long
CO State Bar No. 57914
  blong@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorney for Plaintiff K.Mizra LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 10, 2024, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Briana D. Long
Briana D. Long
CO State Bar No. 57914
  blong@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

*Attorney for Plaintiff K.Mizra LLC*