# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00305-JRG |
| | § | |
| HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC, | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion for Leave to Supplement Briefing Following Brian Yates's Deposition ("the Motion"). (Dkt. No. 335.) In the Motion, the parties request leave to each submit a 5-page supplement brief related to the recent deposition of Mr. Brian Yates by no later than 5 P.M. on July 17, 2024. (*Id.*) Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties are given leave to each submit a 5-page supplement brief related to the recent deposition of Mr. Brian Yates by no later than 5 P.M. on July 17, 2024.

**So ORDERED and SIGNED this 15th day of July, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE