# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC,<br><br>    Defendants. | Civil Action No. 2:21-cv-305-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINE TO MEDIATE

Plaintiff K.Mizra LLC and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (collectively, "the Parties") hereby file this joint motion to extend the deadline for the Parties to mediate. Currently, the Parties' deadline to mediate is August 5, 2024 (Dkt. No. 349). The Parties respectfully request a two-day extension from August 5, 2024 to August 7, 2024. The Parties submit that good cause exists for this proposed extension as the Parties have scheduled the mediation for August 7, 2024. This motion is not made for purposes of delay, will not prejudice any party, and, if granted, will not interfere with any other deadlines in this case. Accordingly, the Parties respectfully request the Court grant their joint motion for a two-day extension of time to mediate up to and including August 7, 2024.

Dated: August 2, 2024

Respectfully submitted,

<u>/s/Robert R. Brunelli by permission Garrett C. Parish</u>
Robert R. Brunelli (Lead Counsel)
CO State Bar No. 20070
rbrunelli@sheridanross.com
Scott R. Bialecki*
CO State Bar No. 23103
sbialecki@sheridanross.com
Paul Sung Cha*
CO State Bar No. 34811
pscha@sheridanross.com
Bart A. Starr
CO State Bar No. 50446
bstarr@sheridanross.com
Brian S. Boerman
CO State No. 50834
bboerman@sheridanross.com
Briana D. Long*
CO State Bar No. 57914
blong@sheridanross.com
Angela J. Bubis*
CO State Bar No. 58144
abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Tel: (303) 863-9700
E-mail: litigation@sheridanross.com

Michael C. Smith
Texas Bar No. 18650410
Scheef & Stone, LLP
113 East Austin Street
Marshall, TX  75670
Tel:  (903) 938-8900
Michael.Smith@solidcounsel.com

*Of Counsel*:

Claire Abernathy Henry
Texas Bar No. 24053063
Andrea Leigh Fair
Texas Bar No. 24078488
Charles Everingham IV

<u>/s/ Josh Thane by permission Garrett C. Parish</u>
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jthane@haltomdoan.com

Manish K. Mehta (lead counsel)
(admitted pro hac vice)
Kal K. Shah
Cristina Q. Almendarez
Kate Watson Moss (admitted pro hac vice)
Louis Constantinou (admitted *pro hac vice*)
BENESCH FRIEDLANDER COPLAN
   & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606 4637
Tel: (312) 212-4949
mmehta@beneschlaw.com
kshah@beneschlaw.com
calmendarez@beneschlaw.com
kwatsonmoss@beneschlaw.com
lconstantinou@beneschlaw.com

Michael S. Weinstein (admitted pro hac vice)
BENESCH FRIEDLANDER COPLAN
   & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4500
mweinstein@beneschlaw.com

Ziyong Sean Li
BENESCH FRIEDLANDER COPLAN
   & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Tel: (628) 600-2250
zli@beneschlaw.com

| | |
|---|---|
| Texas Bar No. 00787447<br>Garrett Parish<br>Texas Bar No. 24125824<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>903-757-6400<br>Email: claire@wsfirm.com<br>Email: andrea@wsfirm.com<br>Email: ce@wsfirm.com<br>Email: gparish@wsfirm.com<br><br>*Admitted pro hac vice<br>Attorneys for Plaintiff K.Mizra LLC | Sean C. Cunningham<br>(admitted *pro hac vice*)<br>Erin P. Gibson (admitted *pro hac vice*)<br>DLA Piper LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, CA 92121-2133<br>Tel: (858) 677-1400<br>sean.cunningham@dlapiper.com<br>erin.gibson@dlapiper.com<br><br>Brent K. Yamashita<br>DLA Piper LLP (US)<br>3203 Hanover Street, Suite 100<br>Palo Alto, CA 94304<br>Tel: (650) 833-2000<br>brent.yamashita@dlapiper.com<br><br>Helena D. Kiepura (admitted *pro hac vice*)<br>DLA Piper LLP (US)<br>500 Eighth Street NW<br>Washington, DC 20004<br>Tel: (202) 799-4333<br>helena.kiepura@us.dlapiper.com<br><br>Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on August 2, 2024.

*/s/ Garrett C. Parish*
Garrett C. Parish

### CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(h). This motion is joint and is, therefore, unopposed.

*/s/ Garrett C. Parish*
Garrett C. Parish