# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC,<br><br>           Defendants. | Civil Action No. 2:21-cv-305-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff K.Mizra LLC ("K.Mizra") and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement to notify the Court that all matters in controversy between the Parties have been settled in principle. As such, the Parties respectfully request that the upcoming August 16, 2024 trial be vacated and all remaining case deadlines stayed for thirty (30) days while the Parties finalize a settlement agreement and file dismissal papers with the Court. It is in the interest of judicial economy to grant this Joint Motion.

For the foregoing reason and good cause shown, the Parties respectfully request the Court enter an order vacating the August 16, 2024 trial and staying all remaining case deadlines for thirty (30) days.

Dated: August 6, 2024                                              Respectfully submitted,

By: */s/ Scott R. Bialecki*                                        */s/ Joshua R. Thane*

    Robert R. Brunelli (Lead Counsel)                             Jennifer H. Doan
    CO State Bar No. 20070                                         Texas Bar No. 08809050
      rbrunelli@sheridanross.com                                 Joshua R. Thane
    Scott R. Bialecki*                                             Texas Bar No. 24060713
    CO State Bar No. 23103                                         HALTOM & DOAN
      sbialecki@sheridanross.com                                 6500 Summerhill Road, Suite 100
    Paul Sung Cha*                                                 Texarkana, TX 75503
    CO State Bar No. 34811                                         Telephone: (903) 255-1000
      pscha@sheridanross.com                                     jdoan@haltomdoan.com
    Bart A. Starr                                                  jthane@haltomdoan.com
    CO State Bar No. 50446
      bstarr@sheridanross.com                                    Manish K. Mehta (*pro hac vice*)
    Brian S. Boerman                                               Kal K. Shah
    CO State No. 50834                                             Cristina Q. Almendarez
      bboerman@sheridanross.com                                  Kate Watson Moss (*pro hac vice*)
    Briana D. Long*                                                Louis Constantinou (*pro hac vice*)
    CO State Bar No. 57914                                         BENESCH FRIEDLANDER COPLAN
      blong@sheridanross.com                                     & ARONOFF LLP
    Angela J. Bubis*                                               71 South Wacker Drive, Suite 1600
    CO State Bar No. 58144                                         Chicago, IL 60606-4637
      abubis@sheridanross.com                                    Telephone: (312) 212-4949
    SHERIDAN ROSS P.C.                                             mmehta@beneschlaw.com
    1560 Broadway, Suite 1200                                      kshah@beneschlaw.com
    Denver, Colorado 80202-5141                                    calmendarez@beneschlaw.com
    Tel: (303) 863-9700                                            kwatsonmoss@beneschlaw.com
    E-mail: litigation@sheridanross.com                            lconstantinou@beneschlaw.com

    Michael C. Smith                                               Michael S. Weinstein (*pro hac vice*)
    Texas Bar No. 18650410                                         BENESCH FRIEDLANDER COPLAN
    Scheef & Stone, LLP                                            & ARONOFF LLP
    113 East Austin Street                                         127 Public Square, Suite 4900
    Marshall, TX 75670                                             Cleveland, OH 44114
    Tel: (903) 938-8900                                            Telephone: (216) 363-4500
      Michael.Smith@solidcounsel.com                             mweinstein@beneschlaw.com

    *Of Counsel*:                                                  Ziyong Sean Li
    Claire Abernathy Henry                                         BENESCH FRIEDLANDER COPLAN
    Texas Bar No. 24053063                                         & ARONOFF LLP
    Andrea Leigh Fair                                              100 Pine Street, Suite 3100
    Texas Bar No. 24078488                                         San Francisco, CA 94111
    Charles Everingham IV                                          Telephone: (628) 600-2250
    Texas Bar No. 00787447                                         sli@beneschlaw.com
    Garrett C. Parish

Texas Bar No. 24125824
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Email: claire@wsfirm.com
Email: andrea@wsfirm.com
Email: ce@wsfirm.com
Email: gparish@wsfirm.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Sean C. Cunningham (*pro hac vice*)
Erin P. Gibson (*pro hac vice*)
Pete Maggiore (*pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Sean.Cunningham@us.dlapiper.com
Erin.Gibson@us.dlapiper.com
Peter.maggiore@us.dlapiper.com

Brent K. Yamashita
Mary C. Dahl (*pro hac vice*)
DLA PIPER LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: (650) 833-2000
Brent.Yamashita@us.dlapiper.com
mary.dahl@us.dlapiper.com

Helena D. Kiepura (*pro hac vice*)
Ankur Desai
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
helena.kiepura@us.dlapiper.com
ankur.desai@us.dlapiper.com

Tessa Duxbury (*pro hac vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars,
Ste. 400, N. Tower
Los Angeles, CA 90067
Telephone: (310) 595-3487
Facsimile: (310) 595-3487
tessa.duxbury@us.dlapiper.com

*Attorneys for Defendants*
*Hewlett Packard Enterprise Company*
*and Aruba Networks, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on August 6, 2024.

                                             */s/ Joshua R. Thane*
                                             Joshua R. Thane

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned certifies counsel complied with the meet and confer requirement. On August 6, 2024, counsel for Defendants conferred with counsel for Plaintiff. The Parties jointly submit the relief requested.

                                             */s/ Joshua R. Thane*
                                             Joshua R. Thane